

**SEALED**

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

FILED
JUN - 5 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-CR-30034 |
| ) | |
| vs. ) | Title 18, United States Code, |
| ) | Sections 2251(a) and (e); |
| JASON FULMER, ) | 2252A(a)(2) and (b); and 2253. |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Sexual Exploitation of a Child)

On or about January 5, 2017, in the Central District of Illinois, and elsewhere, the defendant,

**JASON FULMER,**

did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, and using materials

that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### (Sexual Exploitation of a Child)

On or about February 6, 2017, in the Central District of Illinois, and elsewhere, the defendant,

## JASON FULMER,

did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual

depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
### (Sexual Exploitation of a Child)

On or about February 27, 2017, in the Central District of Illinois, and elsewhere, the defendant,

**JASON FULMER,**

did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### (Receipt of Child Pornography)

On or about December 3, 2016, in the Central District of Illinois, and elsewhere, the defendant,

**JASON FULMER,**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and that has been shipped or transported using any means or facility of interstate or foreign commerce.

In violation of 18 U.S.C. § 2252A(a)(2) and (b).

## COUNT FIVE
### (Receipt of Child Pornography)

On or about December 6, 2016, in the Central District of Illinois, and elsewhere, the defendant,

**JASON FULMER,**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by

computer, and that has been shipped or transported using any means or facility of interstate or foreign commerce.

In violation of 18 U.S.C. § 2252A(a)(2) and (b).

## COUNT SIX
### (Receipt of Child Pornography)

On or about January 11, 2017, in the Central District of Illinois, and elsewhere, the defendant,

**JASON FULMER,**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and that has been shipped or transported using any means or facility of interstate or foreign commerce.

In violation of 18 U.S.C. § 2252A(a)(2) and (b).

## FORFEITURE NOTICE

1. The charges contained in Counts One through Six are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in Counts One through Six, the defendant,

## JASON FULMER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depictions or other matter containing such visual depictions, which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Six;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Six of this Indictment; and

    c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Six of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Galaxy S9 (model G960U) – IMEI 354816091590514
- Galaxy S5 (model G900A) – IMEI 353411064503826

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

s/foreperson
FOREPERSON

s/Gregory Gilmore for
JOHN C. MILHISER
United States Attorney
VBY

7